UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JUSTIN MCKENNON, <br> And ANDRE STEPHENS, <br><br> Plaintiffs, <br><br> v. <br><br> ENOCH GEORGE, sheriff of Maury County, LT. DEBRA WAGONSHUTZ, FLOYD SEALEY, a nurse, MAURY REGIONAL MEDICAL CENTER, ABL MANAGEMENT, INC, and GENELLA POTTER, <br><br> Defendants. | Case No. 1:12-cv-95 <br> JUDGE HAYNES <br> JURY DEMAND <br><br> *ORDER* <br> *This motion* <br> *is GRANTED.* <br> *[signature]* <br> *USDJ* <br> *4-3-14* |

MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'
RESPONSE TO DEFENDANTS ABL MANAGEMENT, INC. AND
GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

Come now Defendants ABL Management, Inc. and Genella Potter, by and through counsel, and pursuant to United States District Court, Middle District LOCAL RULE 7.01(d), request leave of this Court to file a reply to Plaintiffs' Response to Defendants ABL Management, Inc. and Genella Potter's Motion to Compel Written Discovery. Defendants filed their Motion to Compel Written Discovery as Document Entry # 117. Plaintiffs' Response was filed as Document Entry # 120. As grounds for this Motion, Defendants states that Plaintiffs' Response contained information that should be addressed to this Court in support of Defendants' Motion to Compel Written Discovery.

WHEREFORE, Defendants ABL Management, Inc. and Genella Potter move that this Court grant them leave to file the proposed Reply to Plaintiffs' Response to Defendants ABL Management,

1