UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JUSTIN MCKENNON, And ANDRE STEPHENS, <br><br> Plaintiffs, <br><br> v. <br><br> ENOCH GEORGE, sheriff of Maury County, LT. DEBRA WAGONSHUTZ, FLOYD SEALEY, a nurse, MAURY REGIONAL MEDICAL CENTER, ABL MANAGEMENT, INC, and GENELLA POTTER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Case No. 1:12-cv-95 ) JUDGE HAYNES ) JURY DEMAND ) ) ) ) ) ) ) ) |

*[Handwritten order: ORDER — Upon review of the parties' filings on this matter, the motion is DENIED for the reasons stated in Plaintiffs' response (D/E No. 120). [signature] 4-4-14]*

### DEFENDANTS ABL MANAGEMENT, INC. AND GENELLA POTTER'S MOTION TO COMPEL WRITTEN DISCOVERY

Come now Defendants ABL Management, Inc. and Genella Potter, (hereinafter "Defendants"), by and through counsel, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 37(a), and move the Court to compel Plaintiffs to respond to Defendants' Second Set of Interrogatories. In support of this Motion, Defendants rely upon the Second Set of Written Discovery propounded by Defendants to Plaintiffs on February 20, 2014, attached hereto as **Exhibit 1**; the March 18, 2014 letter from Paul Brewer to Gene Hallworth, attached hereto as **Exhibit 2**; and the Memorandum of Law and Statement Certifying Good Faith Effort to Resolve Discovery Dispute which are filed contemporaneously herewith and incorporated herein by reference.

**WHEREFORE**, Defendants request that this Court compel Plaintiff to respond fully to the

1