IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JUSTIN MCKENNON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-cv-00095 |
| | ) Judge Haynes |
| ENOCH GEORGE, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with the jury's verdict, all claims against the Defendants Enoch George, Debra Wagonschutz, ABL Management Inc., and Genella Potter are hereby **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 21st day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge