## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| ANDRE STEPHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-00095 |
| | ) | Judge Haynes |
| ENOCH GEORGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the jury's verdict, all claims against the Defendants Enoch George, Debra

Wagonschutz, ABL Management Inc., and Genella Potter are hereby **DISMISSED** with prejudice.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 21st day of October, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge